UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 44506
    LINDA M EVANS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-1105
```

------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------
     The case was filed on 12/02/2004 and was confirmed 04/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

     The case was paid in full 08/18/2008.
------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO AUTO FINANCE | SECURED | .00 | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 5750.32 | .00 | 2875.16 |
| ECAST SETTLEMENT CORP | UNSECURED | 7713.83 | .00 | 3856.92 |
| GMAC | SECURED | 926.00 | .00 | 926.00 |
| LVNV FUNDING LLC | UNSECURED | 5123.89 | .00 | 2561.95 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,405.20 | | 2,405.20 |
| TOM VAUGHN | TRUSTEE | | | 805.26 |
| DEBTOR REFUND | REFUND | | | 509.51 |

         Summary of Receipts and Disbursements:
------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 13,940.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 926.00 |
| UNSECURED | | 9,294.03 |
| ADMINISTRATIVE | | 2,405.20 |
| TRUSTEE COMPENSATION | | 805.26 |
| DEBTOR REFUND | | 509.51 |
| TOTALS | 13,940.00 | 13,940.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE


PAGE  2
CASE NO. 04 B 44506 LINDA M EVANS